**Ervin C. OLIVER, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

**No. 181, 2016**

Supreme Court of Delaware.

Submitted: June 6, 2016

Decided: August 3, 2016

Court Below—Superior Court of the State of Delaware. Cr. ID 1401010144.

AFFIRMED.

---

**35.** *Id.* at *13.